**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE ROTH**, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICAN GENERAL LIFE INSURANCE COMPANY**, **et al.**, <br><br> Defendants. | Case No. CV 19-5379-DMG (AFMx) <br><br> **JUDGMENT** |

   Plaintiff Steve Roth having filed a notice of voluntary dismissal of his claims against Defendants American General Life Insurance Company and Carrie Fields-Burkhead on May 11, 2020 [Doc. # 34],

   IT IS ORDERED, ADJUDGED, AND DECREED that this action is **DISMISSED,** with prejudice.

DATED: May 11, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-